UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARRETO OCHOA ERENDIRA
(A-Number: 216 749 455),

          Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al,

          Respondents.

No. 1:26-cv-02533-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

Docs. 1, 9

Petitioner Erendida Barreto Ochoa is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition.  Doc. 9.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service.  On July 6, 2026, respondents filed a one sentence objection, objecting "for the reasons set forth in their previous pleadings."  Doc. 10.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1.  The findings and recommendations, Doc. 9, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondents are ORDERED to provide petitioner Erendida Barreto Ochoa (A-Number: 216 749 455) with a bond hearing before a neutral decisionmaker within seven (7) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide her with 72 hours' written notice before the bond hearing.  At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence.  If respondents do not provide petitioner with a bond hearing within seven days, then respondents must release her.  Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

4.  The Clerk of Court is directed to close this case and enter judgment for petitioner.

5.  The Clerk is directed to terminate any remaining motions as moot.

6.  The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   July 7, 2026

_____
UNITED STATES DISTRICT JUDGE

2